# EXHIBIT A

Thomas H. Chun, M.D.
55 Whitcher St, NE
Ste 250
Marietta, Georgia 30060

Owen, Gleaton, Egan, Jones & Sweeney, LLP
1230 Peachtree St, NE
Suite 1400, Promenade II
Atlanta, Georgia 30309

ATTN: Kim Shurling

08/27/09

## STATEMENT

| Date | Description | Client | Qty/Hours | Rate | Amt |
|---|---|---|---|---|---|
| 04/23/09 | *Re: Mentor Corp. Obtape Transobturator Sling Product Liability Litigation* | *Pearson Bownas* | 3.6 | $ 350.00 | $ 1,260.00 |
| 07/15/09 | *Re: Mentor Corp. Obtape Transobturator Sling Product Liability Litigation* | *Pearson Bownas* | 2.4 | $ 350.00 | $ 840.00 |
| 06/04/09 | *Re: Mentor Corp. Obtape Transobturator Sling Product Liability Litigation* | *Drew Hill, Atty* | 2.4 | $ 350.00 | $ 840.00 |
| | **TOTAL THIS STATEMENT** | | | | $ 2,940.00 |