# EXHIBIT B

NIKOLAS P. SYMBAS, M.D., F.A.C.S.
Diplomate American Urological Association
55 Whitcher St, NE
Ste 250
Marietta, Georgia 30060



Owen, Gleaton, Egan, Jones & Sweeney, LLP
1230 Peachtree St, NE
Suite 1400, Promenade II
Atlanta, Georgia 30309

ATTN: Kim Shurling

09/02/09

## STATEMENT

| Date | Description | Client | Qty/Hours | Rate | Amt |
|---|---|---|---|---|---|
| 04/23/09 | *Re: Mentor Corp. Obtape Transobturator Sling Product Liability Litigation* | Paula Wilson, Atty | 3.6 | $ 350.00 | $ 1,260.00 |
| 06/04/09 | *Re: Mentor Corp. Obtape Transobturator Sling Product Liability Litigation* | Paula Wilson, Atty | 3.4 | $ 350.00 | $ 1,190.00 |
| 06/04/09 | *Re: Mentor Corp. Obtape Transobturator Sling Product Liability Litigation* | Drew Hill, Atty | 2.2 | $ 350.00 | $ 770.00 |
| | **TOTAL THIS STATEMENT** | | | | $ 3,220.00 |