# EXHIBIT C

July 31st, 2009

Ms. Kim Shurling
c/o Owens, Gleaton, Egan, Jones & Sweeney
1230 Peachtree Street
# 1400 Promenade II
Atlanta, GA  30309

RE:   Mentor obturator tape cases

| | | |
|---|---|---|
| 7/31/09 | Deposition with Dr. Bruce Green<br>(7 hours x $ 600/hr) | $ 4200.00 |
| | **TOTAL DUE:** | **$ 4200.00** |

Please issue prompt payment to:  **Bruce G. Green, M.D.**
**6365 River Chase Circle**
**Atlanta, GA   30328**

SS# 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

Thank you.